**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kenneth L. Harpster a/k/a Ken L. Harpster | CHAPTER 13 |
| Melissa R. Harpster | BKY. NO. 22-70367 JAD |
| <u>Debtor(s)</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Mill City Mortgage Loan Trust 2019-1, Wilmington Savings Fund Society, FSB, As Trustee and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
08 Dec 2022, 17:43:44, EST

Brian C. Nicholas, Esq. (317240) ☐
Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com