**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster<br><br>                              Debtors | Chapter: 13<br><br>Bankruptcy No.: 22-70367-JAD<br><br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                                        Movant

                        vs.

Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster

                                        Debtors

                and

Ronda J. Winnecour, Esquire

                        RESPONDENTS


**PRAECIPE TO WITHDRAW OBJECTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST III, TO CONFIRMATION OF DEBTORS` PROPOSED CHAPTER 13 PLAN**

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF PENNSYLVANIA**

    Kindly withdraw the Objection to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, to Confirmation of Debtors` Proposed Chapter 13 Plan in the above captioned matter.

                        Respectfully submitted,

                         /s/ Michael Clark
                        Richard M. Squire, Esq. (PA I.D. # 04267)
                        M. Troy Freedman, Esq. (PA I.D. # 85165)
                        Michael J. Clark, Esq. (PA I.D. # 202929)
                        One Jenkintown Station, Suite 104
                        115 West Avenue
                        Jenkintown, PA 19046
                        215-886-8790
                        215-886-8791 (FAX)
                        rsquire@squirelaw.com
                        tfreedman@squirelaw.com
                        mclark@squirelaw.com
                        Attorney for Movant

Dated: May 3, 2023

02205-5/VC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster<br><br>　　　　　　　　　　　　Debtors | Chapter: 13<br><br>Bankruptcy No.: 22-70367-JAD<br><br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

　　　　　　　　　　　　　　　　Movant

　　　　　　　　vs.

Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster

　　　　　　　　　　　　　　　　Debtors

　　　　　　　　and

Ronda J. Winnecour, Esquire

　　　　　　　　　　　　　　　　Trustee
　　　　　　　　　　　　RESPONDENTS

### CERTIFICATE OF SERVICE

　　　I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Praecipe to Withdraw Objection of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, to Confirmation of Debtors` Proposed Chapter 13 Plan electronically and/or via First Class Mail, postage prepaid.

Date Served: 05/03/2023

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Kenneth L. Harpster
1706 Adams Avenue
Tyrone, PA 16686

Melissa R. Harpster
1706 Adams Avenue
Tyrone, PA 16686

02205-5/VC

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

    I hereby certify the foregoing to be true and correct under penalty of perjury.

                    Respectfully submitted,

                    /s/ Michael Clark
Richard M. Squire, Esq. (PA I.D. # 04267)
M. Troy Freedman, Esq. (PA I.D. # 85165)
Michael J. Clark, Esq. (PA I.D. # 202929)
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com
Attorney for Movant

02205-5/VC