**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:  Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster<br><br>                        Debtors | Chapter: 13<br><br>Bankruptcy No.: 22-70367-JAD<br><br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                                      Movant

                                 vs.

Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster

                                      Debtors

                                 and

Ronda J. Winnecour, Esquire

                               RESPONDENTS

### WITHDRAWAL OBJECTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST III, TO CONFIRMATION OF DEBTORS` PROPOSED CHAPTER 13 PLAN

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, WESTERN DISTRICT OF PENNSYLVANIA**

      Kindly withdraw the Objection to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, to Confirmation of Debtors` Proposed Chapter 13 Plan in the above captioned matter.

                                          Respectfully submitted,

                                           /s/ Michael Clark
                                          Richard M. Squire, Esq. (PA I.D. # 04267)
                                          M. Troy Freedman, Esq. (PA I.D. # 85165)
                                          Michael J. Clark, Esq. (PA I.D. # 202929)
                                          One Jenkintown Station, Suite 104
                                          115 West Avenue
                                          Jenkintown, PA 19046
                                          215-886-8790
                                          215-886-8791 (FAX)
                                          rsquire@squirelaw.com
                                          tfreedman@squirelaw.com
                                          mclark@squirelaw.com
                                          Attorney for Movant

Dated: May 4, 2023

02205-5/VC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster<br><br>Debtors | Chapter: 13<br><br>Bankruptcy No.: 22-70367-JAD<br><br>11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                        Movant

                        vs.

Kenneth L. Harpster aka Ken L Harpster and Melissa R. Harpster

                        Debtors

                        and

Ronda J. Winnecour, Esquire

                        Trustee

                    RESPONDENTS

## CERTIFICATE OF SERVICE

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Withdrawal Objection of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III, to Confirmation of Debtors` Proposed Chapter 13 Plan electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>05/04/2023</u>

Ronda J. Winnecour, Esquire
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

United States Trustee
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Kenneth L. Harpster
1706 Adams Avenue
Tyrone, PA 16686

Melissa R. Harpster
1706 Adams Avenue
Tyrone, PA 16686

02205-5/VC

Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                              Respectfully submitted,

                              /s/ Michael Clark
                              Richard M. Squire, Esq. (PA I.D. # 04267)
                              M. Troy Freedman, Esq. (PA I.D. # 85165)
                              Michael J. Clark, Esq. (PA I.D. # 202929)
                              One Jenkintown Station, Suite 104
                              115 West Avenue
                              Jenkintown, PA 19046
                              215-886-8790
                              215-886-8791 (FAX)
                              rsquire@squirelaw.com
                              tfreedman@squirelaw.com
                              mclark@squirelaw.com
                              Attorney for Movant

02205-5/VC