## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-70367-JAD |
| Kenneth L. Harpster and | : | |
| Melissa R. Harpster, | : | Chapter 13 |
| Debtors | : | |
| | : | Document No. |
| Kenneth L. Harpster and | : | |
| Melissa R. Harpster, | : | |
| Movants | : | |
| v. | : | |
| | : | |
| OneMain Financial, | : | |
| Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

### SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING CONSENT ORDER

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Consent Order with OneMain Financial.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☑ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signed by text in italics. It is respectfully requested that the attached order by entered by the Court.

☑ No other order has been filed pertaining to the subject matter of this agreement.

☑ The attached document does not require a proposed order.

Dated: May 9, 2023     By:   /s/ Kenneth P. Seitz, Esquire
                              Signature
                              Kenneth P. Seitz, Esquire
                              Typed Name
                              P.O. Box 211, Ligonier, PA 15658
                              Address
                              (814) 536-7470
                              Phone No.
                              81666 PA
                              Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 22-70367-JAD** |
| Kenneth L. Harpster | : | |
| Melissa R. Harpster, | : | **Chapter 13** |
| Debtors | : | |
| | : | |
| Kenneth L. Harpster | : | |
| Melissa R. Harpster, | : | |
| Movants | : | |
| vs. | : | |
| | : | |
| OneMain Financial Group, LLC, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, on this _____ day of _____, 2023, it is hereby ordered and directed as follows:

1) The secured claim of OneMain Financial Group, LLC is Eight Thousand Forty-Two Dollars ($8,042.00) pursuant to 11 U.S.C. § 506(a); and

2) Determine that the interest rate of 6% interest be applied to the allowed secured claim; and

3) Determine that the balance of the claim be treated as a general, unsecured claim; and

4) Order that after OneMain Financial Group, LLC has received the sum of Eight Thousand Forty-Two Dollars ($8,042.00) from the date of the filing of the bankruptcy petition (October 31, 2022), and upon successful completion of the Debtor's Chapter 13 Plan, OneMain Financial Group, LLC shall satisfy the lien and return the title to the 2013 Nissan Altima to the Debtors at no cost to them.

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
814-536-7470


/s/ Shannon Mecham
Shannon Mecham
Senior Bankruptcy Specialist
OneMain Financial
Attn: Bankrutpcy
P.O. Box 3251
Evansville, TN 47731
1-800-266-9800