# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 22-70367-JAD |
| Kenneth L. Harpster and | : | |
| Melissa R. Harpster, | : | Chapter 13 |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE OF AMENDED SCHEDULE B AND AMENDED SCHEDULE C

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify that I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of January, 2024, a true and exact copy of the Amended Schedule B and Amended Schedule C dated January 9, 2024, along with a copy of the Order dated January 12, 2024, on the parties on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Respectfully submitted,

Executed on: January 15, 2024

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

___

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 22-70367-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Thu Mar 16 13:12:14 EDT 2023 | LVNV FUNDING, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mill City Mortgage Loan Trust 2019-1, Wilmin<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, Suite 3110<br>Pittsburgh, PA 15219-1753 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Ashley Funding Services, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Cavalry SPV I, LLC<br>PO Box 4252<br>Greenwich, CT 06831-0405 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 |
| Credit Control Collect<br>2410 Broad Ave<br>Altoona, PA 16601-1940 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | (p)FAY SERVICING  LLC<br>P O BOX 814609<br>DALLAS TX 75381-4609 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Keystone Crd<br>664 Furnace Hills Pike<br>Lititz, PA 17543-8907 |
| Lendmark Financial Services<br>Attn: Bankuptcy<br>1735 N. Brown Road, Suite 300<br>Lawrenceville, GA 30043-8228 | (p)LENDMARK FINANCIAL SERVICES<br>2118 USHER ST<br>COVINGTON GA 30014-2434 | M. Troy Freedman, Esquire<br>Richard M. Squire & Associates, LLC<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046-2031 |
| Mill City Mortgage Loan Trust 2019-1 et al<br>Fay Servicing, LLC<br>PO Box 814609<br>Dallas, TX 75381-4609 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| Peoples Natural Gas Company LLC<br>GRB Law<br>c/o Jeffrey R. Hunt, Esquire<br>525 William Penn Place, St. 3110<br>Pittsburgh, PA 15219-1753 | Quantum3 Group LLC as agent for<br>Velocity Investments LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgent Capital Services<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 |
| Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Statebridge Company, LLC<br>6061 S. Willow Drive, Suite 300<br>Greenwood Village, CO 80111-5151 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| UPMC HEALTH SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | UPMC PHYSICIAN SERVICES<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440-1123 | Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust as Trustee for PNPMS Tr<br>c/o Michael J. Clark, Esq<br>One Jenkintown Station, Suite 104<br>115 West Avenue<br>Jenkintown, PA 19046-2031 |

| | | |
|---|---|---|
| Wilmington Savings Fund Society, FSB, d/b/a<br>c/o Statebridge Company, LLC<br>6061 S. Willow Drive<br>Greenwood Village, CO 80111-5140 | Kenneth J. Harpster<br>1706 Adams Avenue<br>Tyrone, PA 16686-2120 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Melissa R. Harpster<br>1706 Adams Avenue<br>Tyrone, PA 16686-2120 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fay Servicing Llc<br>Attn: Bankruptcy Dept<br>Po Box 809441<br>Chicago, IL 60680 | Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud MN 56302-9617 | Lendmark Financial Services, LLC.<br>2118 Usher Street NW<br>Covington, GA 30014 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Wilmington Savings Fund Society, FSB, d/b/ | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | End of Label Matrix<br>Mailable recipients    34<br>Bypassed recipients     2<br>Total                  36 |