### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-70367-JAD |
| Kenneth L. Harpster and | : | |
| Melissa R. Harpster, | : | Chapter 13 |
| Debtors | : | |
| | : | Docket No. 55 |
| Melissa R. Harpster, | : | |
| Movant | : | Hearing Date & Time: February 6, 2024 |
| vs. | : | 10:00 AM |
| | : | |
| Ashley Funding Services, LLC, | : | |
| Cavalry SPV I, LLC, | : | |
| Credit Collection Services, | : | |
| Credit Control Collection, | : | |
| Credit One Bank, | : | |
| Fay Servicing, LLC, | : | |
| Fingerhut, | : | |
| Jefferson Capital Systems, LLC, | : | |
| Keystone Credit, | : | |
| Lendmark Financial Services, LLC, | : | |
| OneMain Financial, | : | |
| Peoples Natural Gas Company, LLC, | : | |
| Quantum3 Group, LLC, | : | |
| Resurgent Capital Services, | : | |
| Santander Consumer USA, | : | |
| Statebridge Company, LLC, | : | |
| Synchrony Bank, | : | |
| UPMC Health Services, | : | |
| UPMC Physician Services, | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### MOTION TO WITHDRAW FUNDS FROM PENSION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Withdraw Funds from Pension filed on January 11, 2024, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Withdraw Funds from Pension appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Withdraw Funds from Pension were to be filed and served no later than January 29, 2024.

It is hereby respectfully requested that the Order attached to the Motion to Withdraw Funds from Pension be entered by the Court.

Dated: <u>January 30, 2024</u>                    <u>/s/ Kenneth P. Seitz, Esquire</u>
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
Attorney for Debtors