**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-70367-JAD |
| Kenneth L. Harpster and | : | |
| Melissa R. Harpster, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. |
| Melissa R. Harpster, | : | |
|     Movant | : | Related to Docket No. 49 |
| vs. | : | |
| | : | Hearing Date & Time: February 6, 2024 |
| Ashley Funding Services, LLC, | : | 10:00 AM |
| Cavalry SPV I, LLC, | : | |
| Credit Collection Services, | : | FILED |
| Credit Control Collection, | : | 2/1/24 11:31 am |
| Credit One Bank, | : | CLERK |
| Fay Servicing, LLC, | : | U.S. BANKRUPTCY |
| Fingerhut, | : | COURT - WDPA |
| Jefferson Capital Systems, LLC, | : | |
| Keystone Credit, | : | |
| Lendmark Financial Services, LLC, | : | |
| OneMain Financial, | : | |
| Peoples Natural Gas Company, LLC, | : | |
| Quantum3 Group, LLC, | : | |
| Resurgent Capital Services, | : | |
| Santander Consumer USA, | : | |
| Statebridge Company, LLC, | : | |
| Synchrony Bank, | : | |
| UPMC Health Services, | : | |
| UPMC Physician Services, | : | |
|     Respondents | : | |
| | : | |
|   and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

**ORDER CONFIRMING WITHDRAW OF PENSION FUNDS**

**AND NOW,** this   1st    day of  February, 2024, it is hereby ORDERED, ADJUDGED and

DECREED as follows:

1

1. The Joint-Debtor is granted permission to withdraw funds from her pension in the net amount of Thirteen Thousand Seven Hundred Thirty-Six Dollars and twenty-three cents ($13,736.23) to cure the Chapter 13 Plan arrears.

BY THE COURT:

_____ jsf
Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kenneth L. Harpster  
Melissa R. Harpster  
    Debtors

Case No. 22-70367-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 2  
Date Rcvd: Feb 01, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth L. Harpster, Melissa R. Harpster, 1706 Adams Avenue, Tyrone, PA 16686-2120 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Mill City Mortgage Loan Trust 2019-1 Wilmington Savings Fund Society, FSB, as Trustee dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Kenneth P. Seitz | on behalf of Debtor Kenneth L. Harpster thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Melissa R. Harpster thedebterasers@aol.com |
| Michael John Clark | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7