**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/22/2024

IN RE:

KENNETH L. HARPSTER
MELISSA R. HARPSTER
1706 ADAMS AVENUE
TYRONE, PA 16686
XXX-XX-7250           Debtor(s)

XXX-XX-9933

Case No. 22-70367 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/22/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Creditor Desc |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LOWES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  7467 |
| **MCCALLA RAYMER  ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA  30076-2102 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MILL CITY MORT~WILMINGTON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **MILL CITY MORTGAGE LOAN TRUST-2019-1 WIL**<br>C/O FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS, TX  75381-4609 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  PMT/DCLAR*DKT4LMT*BGN 11/22*DK | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  6518 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:4   INT %: 6.00%<br>Court Claim Number:6<br>CLAIM:  8,042.00<br>COMMENT:  8042@6%/PL-STIP OE*W/20 | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  9107 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O STATEBRIDGE COMPANY LLC<br>6061 SOUTH WILLOW DR STE 300<br>GREENWOOD VILLAGE, CO  80111 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  21,798.89<br>COMMENT:  $CL9GOV@TERMS/PL*21799@0%/PL*BGN 11/22*DK | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  3973 |
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br>JENKINTOWN, PA  19046 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA  02062 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  LABCORP/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4266 |
| **ASHLEY FUNDING SVCS LLC**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:10<br>CLAIM:  9.79<br>COMMENT:  7922/SCH*LABCORP*SVC DATE 8/5/22 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1130 |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br>ALTOONA, PA  16601-1940 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AMED AMBLNC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5950 |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br>ALTOONA, PA  16601-1940 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PENN HGHLNDS TYRONE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1659 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br><br>ALTOONA, PA  16601-1940 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  PENN HGHLNDS TYRONE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1660 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  349.74<br>COMMENT:  SHERMAN/CREDIT ONE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5417 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:12<br>CLAIM:  510.68<br>COMMENT:  1939~NO$/SCH*BLUESTEM/FINGERHUT*STALE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  11 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  203.76<br>COMMENT:  0653/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9933 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:14<br>CLAIM:  1,405.53<br>COMMENT:  7253/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7250 |
| **LENDMARK FINANCIAL SERVICES LLC**<br>2118 USHER ST<br><br>COVINGTON, GA  30014 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  1,473.50<br>COMMENT:  1004~AUTO/SCH*DFNCY BAL? | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3610 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  1,135.99<br>COMMENT:  CREDIT ONE*JUDGMENT MJ-34301-CV-0000016-2022 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9231 |
| **SANTANDER CONSUMER USA**<br>PO BOX 560284<br><br>DALLAS, TX  75356 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:2<br>CLAIM:  5,477.52<br>COMMENT:  NT/SCH*DFNCY BAL/REPO | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3577 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:1<br>CLAIM:  0.00<br>COMMENT:  SHERMAN/CREDIT ONE*STALE CL @ 857.67 W/DRAWN-DOC 28 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3798 |
| **ONE MAIN FINANCIAL GROUP LLC(*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:6<br>CLAIM:  1,758.00<br>COMMENT:  $/STIP OE*NO GEN UNS/SCH*W/4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9107 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **RICHARD M SQUIRE & ASSOCIATES**<br>115 WEST AVENUE STE 104<br>JENKINTOWN, PA 19046 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: WILMINGTON~CHRISTIANA/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 825.45<br>COMMENT: NT/SCH*GERB/LOWE'S*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4522 |
| **QUANTUM3 GROUP LLC - AGENT FOR VELOCIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 1,241.12<br>COMMENT: NT/SCH*TBOM | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8037 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: MILL CITY MORT~WILMINGTON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB D/B**<br>C/O STATEBRIDGE COMPANY LLC<br>6061 SOUTH WILLOW DR STE 300<br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number: 9 | CLAIM: 0.00<br>COMMENT: PIF@5*7008@STATEBRIDGE/PL*THRU 10/22 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3973 |
| **MILL CITY MORTGAGE LOAN TRUST-2019-1 WIL**<br>C/O FAY SERVICING LLC<br>PO BOX 814609<br>DALLAS, TX 75381-4609 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: 17 | CLAIM: 6,267.17<br>COMMENT: 6268/PL*THRU 10/22 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 6518 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 1,341.79<br>COMMENT: NT/SCH*CAP ONE*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7584 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 28 INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 29 INT %: 0.00%<br>Court Claim Number: 15 | CLAIM: 798.11<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7250 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 30 INT %: 0.00%<br>Court Claim Number: 13 | CLAIM: 513.23<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1663 |

| WILMINGTON SAVINGS FUND SOCIETY FSB D/B | Trustee Claim Number: 31  INT %: 0.00% | CRED DESC: POST PETITION FEE NOTICE |
|---|---|---|
| C/O STATEBRIDGE COMPANY LLC | Court Claim Number: 9 | ACCOUNT NO.: 3973 |
| 6061 SOUTH WILLOW DR STE 300 | | |
| | CLAIM: 1,500.00 | |
| GREENWOOD VILLAGE, CO  80111 | COMMENT: $/PL*NTC PPFN ATTY FEES 12/22,12/23 | |

Case 22-70367-JAD    Doc 60    Filed 03/22/24    Entered 03/22/24 14:32:53    Desc
Page 6 of 6