

# United States Bankruptcy Court

## Western District of Pennsylvania

In re: Kenneth L. Harpster, Debtor	Case No. 22-70367-JAD

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 5-1 filed on November 23, 2022, for account number 4522 and in the amount of $ 825.45.

Respectfully submitted,

By: /s/ Stephen Gordon
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE: 3/26/2024