

# United States Bankruptcy Court

## Western District of Pennsylvania

In re:  Kenneth L. Harpster and Melissa R. Harpster, Debtors                    Case No. 22-70367-JAD

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 11-1 filed on December 20, 2022, for account number 7584 and in the amount of $1,341.79.

Respectfully submitted,

By: /s/ Caitlin Truman
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:    3/26/2024