**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| KENNETH L. HARPSTER<br>MELISSA R. HARPSTER<br>　　　Debtor(s) | Case No.:22-70367 JAD |
| Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1. The case was filed on 10/31/2022 and confirmed on 12/19/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,855.00 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,850.01 |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 3,585.74 | |
| 　Trustee Fee | 1,869.83 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,455.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　MILL CITY MORTGAGE LOAN TRUST-2019<br>　　Acct: 6518 | 0.00 | 21,168.55 | 0.00 | 21,168.55 |
| 　WILMINGTON SAVINGS FUND SOCIETY F<br>　　Acct: 3973 | 0.00 | 0.00 | 0.00 | 0.00 |
| 　MILL CITY MORTGAGE LOAN TRUST-2019<br>　　Acct: 6518 | 6,267.17 | 0.00 | 0.00 | 0.00 |
| 　ONE MAIN FINANCIAL GROUP LLC(*)<br>　　Acct: 9107 | 8,042.00 | 1,337.61 | 911.06 | 2,248.67 |
| 　WILMINGTON SAVINGS FUND SOCIETY F<br>　　Acct: 3973 | 21,798.89 | 3,977.22 | 0.00 | 3,977.22 |
| | | | | 27,394.44 |
| **Priority** | | | | |
| 　KENNETH P SEITZ ESQ<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　KENNETH L. HARPSTER<br>　　Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| 　KENNETH L. HARPSTER<br>　　Acct: | 4.99 | 4.99 | 0.00 | 0.00 |

| 22-70367 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| KENNETH P SEITZ ESQ | 4,787.00 | 3,585.74 | 0.00 | 0.00 |
| Acct: | | | | |
| WILMINGTON SAVINGS FUND SOCIETY F | 1,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3973 | | | | |

*** N O N E * * *

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4266 | | | | |
| ASHLEY FUNDING SVCS LLC | 9.79 | 0.00 | 0.00 | 0.00 |
| Acct: 1130 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5950 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1659 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1660 | | | | |
| LVNV FUNDING LLC | 349.74 | 0.00 | 0.00 | 0.00 |
| Acct: 5417 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 11 | | | | |
| UPMC HEALTH SERVICES | 203.76 | 0.00 | 0.00 | 0.00 |
| Acct: 9933 | | | | |
| UPMC HEALTH SERVICES | 1,405.53 | 0.00 | 0.00 | 0.00 |
| Acct: 7250 | | | | |
| LENDMARK FINANCIAL SERVICES LLC | 1,473.50 | 0.00 | 0.00 | 0.00 |
| Acct: 3610 | | | | |
| LVNV FUNDING LLC | 1,135.99 | 0.00 | 0.00 | 0.00 |
| Acct: 9231 | | | | |
| SANTANDER CONSUMER USA | 5,477.52 | 0.00 | 0.00 | 0.00 |
| Acct: 3577 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3798 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 1,758.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9107 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 825.45 | 0.00 | 0.00 | 0.00 |
| Acct: 4522 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR VE | 1,241.12 | 0.00 | 0.00 | 0.00 |
| Acct: 8037 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7584 | | | | |
| UPMC PHYSICIAN SERVICES | 798.11 | 0.00 | 0.00 | 0.00 |
| Acct: 7250 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 513.23 | 0.00 | 0.00 | 0.00 |
| Acct: 1663 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7467 | | | | |
| MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RICHARD M SQUIRE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E * * *

| 22-70367 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | Page 3 of 3 |
|---|---|---|

| TOTAL PAID TO CREDITORS | | 27,394.44 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 1,500.00 | |
| SECURED | 36,108.06 | |
| UNSECURED | 15.191.74 | |

Date: 11/06/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com